**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 13, 2020

Honorable Cathy Seibel
United States District Court Judge
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

BY ECF

    Re:    <u>USA v. Richard O'Connor</u>, 17 Cr. 89 (CS)
              Letter Motion to Renew Prior Motion for Release

Dear Judge Seibel:

    Pursuant to the Court's Order entered on April 10, 2020, denying without prejudice, the defendant's motion to reduce his sentence (ECF Doc Nos. 981, 990), I submit the Bureau of Prison's denial (attached hereto) of my client's administrative request for compassionate release for age and health reasons. He has exhausted his administrative remedies and seeks judicial intervention.

    I therefore write to the Court to renew the defendant's motion and request that a hearing be held on the merits.
    I thank the Court for your consideration of this application.

                                      Very truly yours,

                                      Tanner & Ortega, L.L.P.

                                      Howard E. Tanner

cc:    AUSA Scott Hartman (By ECF)