```
BP-A0148                    INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) MR Boyd CASE MANAGER | DATE: 4-8-2020 |
|---|---|
| FROM: Richard O'Connor | REGISTER NO.: 15307-053 |
| WORK ASSIGNMENT: Yard P.m | UNIT: 5811 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am Requesting To be Put in For Compassionate Release, due To The Fact of my Age 66, And health Issues, Thank You

Richard O'Connor

*Richd O'C——*

(Do not write below this line)

DISPOSITION:

Denied as you do not meet the requirements for compassionate release, per PS 5050.50

| Signature Staff Member S. Boyd | Date 4/8/2020 |
|---|---|

Record Copy - File Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          SECTION 6