

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2020

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Richard O'Connor**,
            17 Cr. 89 (CS)

Dear Judge Seibel:

      The Government respectfully submits this letter in response to the Court's order of November 20, 2020 (Dkt. 1160). Based on consultation with personnel at Fort Dix, to include the physician primarily responsible for the defendant's care, the Government understands the following: (1) The defendant's cardiac catheterization (the test referred to in the Court's order) is scheduled to occur before December 15, 2020, although for security reasons the facility does not provide specific dates on which prisoners will be transported outside the facility for medical appointments. (2) The two to three week timeframe for the test requested in the medical records does not reflect an assessment of medical necessity but rather is an administrative target date for purposes of scheduling. (3) The time needed to schedule the test does not result from the COVID-19 pandemic or resulting lock-downs, but rather the normal process of requesting outside medical services and awaiting their availability. (4) Although O'Connor's general conditions classify him as a high-risk patient, medical doctors assess him as stable and do not believe the delay in testing places him at any additional risk.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                  Acting United States Attorney

                              By: /s/_____
                                Hagan Scotten
                                Assistant United States Attorney
                                Southern District of New York
                                (212) 637-2410

cc:     Counsel to Richard O'Connor (via ECF)